IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY A. WRIGHT,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>INTEGRATED CONSTRUCTION  )<br>MANAGEMENT, INC. ,  )<br>  )<br>    Defendant.  )<br>_____  ) | CIVIL ACTION FILE NO.:<br>1:13-CV-02088-CAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff and Defendant and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own respective costs.

| SO STIPULATED: | SO STIPULATED: |
|---|---|
| **MAYS & KERR LLC** | **TAYLOR ENGLISH DUMA LLP** |
| /s/ Viraj Parmar | /s/ Joseph M. English |
| Viraj Parmar, Esq. | Joseph M. English, Esq. |
| Georgia Bar No. 996884 | Georgia Bar No. 248890 |
| Mays & Kerr LLC | Taylor English Duma LLP |
| 229 Peachtree Street | 1600 Parkwood Circle, Suite 400 |
| International Tower, Suite 980 | Atlanta, Georgia  30339 |
| Atlanta, Georgia 30303 | Tel:  (770) 434-6868 |
| Tel:  (404) 410-7998 | Fax:  (770) 434-7376 |
| Fax: (877) 813-1845 | jenglish@taylorenglish.com |
| viraj@maysandkerr.com | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY A. WRIGHT,        )<br>           Plaintiff,             )<br>                                             )<br>vs.                                        )<br>                                             )<br>INTEGRATED CONSTRUCTION  )<br>MANAGEMENT, INC. ,         )<br>                                             )<br>           Defendant.           )<br>_____ ) | CIVIL ACTION FILE NO.:<br>1:13-CV-02088-CAP |

## CERTIFICATE OF SERVICE

I certify that on this day I delivered the foregoing Stipulation to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

s/ Viraj Parmar
Viraj Parmar, Esq.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Book Antiqua 13 point font, as approved by Local Rule 5.1C.

s/ Viraj Parmar
Viraj Parmar, Esq.
